# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ERIN LISI,

        Plaintiff,

v.                              Case No:   6:22-cv-1896-RBD-LHP

LP ORMOND BEACH, LLP,

        Defendant

---

## ORDER

This cause comes before the Court on review of Plaintiff's Amended Motion to Compel and Sanctions (Doc. No. 39), Defendant's response (Doc. No. 40), and the parties' supplemental briefing (Doc. Nos. 44–45).  Based on Defendant's representations, in particular that Plaintiff failed to engage in an adequate conferral on the motion prior to filing, (Doc. No. 40, *see also* Doc. No. 45), representations that Plaintiff does not address (Doc. No. 44), it is **ORDERED** as follows:

    1.    Within **twenty-one (21) days** of the date of this Order, the parties shall engage in a good faith substantive conferral **in person or by videoconference** (telephone, email, or other communication methods will not suffice) regarding the issues raised in Plaintiff's Amended Motion to Compel and Sanctions (Doc. No. 39).

2. **On or before expiration of this twenty-one (21) day period**, the parties shall file a **joint** status report, which must address the following:

    a. The date, time, and length of the conferral, and the method by which the conferral was conducted.

    b. The progress and result of the conferral efforts, and whether and to what extent the issues in Plaintiff's Motion (Doc. No. 39) remain outstanding.

    c. To the extent that that the issues remain outstanding, a detailed recitation of those issues remaining for resolution by the Court, and a concise statement of each party's position on those issues.

3. The Court will resolve Plaintiff's Motion after receipt of the parties' joint status report, or after setting a hearing on the matter, should the Court deem a hearing necessary.

4. The parties are cautioned that failure to comply with this Order may result in sanctions. *See* Fed. R. Civ. P. 16(f).

**DONE** and **ORDERED** in Orlando, Florida on May 23, 2023.

                                                                              LESLIE HOFFMAN PRICE
                                                          UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties